IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC R. FRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-510-CFC-EGT |
| | ) |
| GREGORY RASH et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this ___ day of April in 2025, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on Mach 17, 2025, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. Magistrate Tennyson's Report and Recommendation (D.I. 14) is ADOPTED.

2. The Complaint (D.I. 3) is DISMISSED WITHOUT PREJUDICE as to the claim against Corporal Rash for submitting a false search warrant affidavit and (2) all other claims and Defendants are DISMISSED WITH PREJUDICE.

3. Plaintiff is given leave to amend the Complaint (D.I. 3) in accordance with Magistrate Tennyson's Report and Recommendations. (D.I. 14) The amended complaint shall be filed on or before May 8, 2025. **The case will be closed should Plaintiff fail to timely file an amended complaint.**

_____
Chief Judge